

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00371-CV

**CITY OF SAN ANTONIO AND TOYOTA MOTOR MANUFACTURING TEXAS, INC.**
Appellants

v.

**SOUTHSIDE AFFORDABLE DEVELOPMENT, LLC**
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI2553
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's May 8, 2024 order denying Appellant City of San Antonio's plea to the jurisdiction is REVERSED. This cause is DISMISSED with prejudice. Costs of appeal are assessed against Appellee Southside Affordable Development, LLC.

SIGNED July 16, 2025.

_H. Todd McCray_
H. Todd McCray, Justice